An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOANNA L. PFEISTER, IN HER
CAPACITY AS TRUSTEE OF THE
O'CONNOR IRREVOCABLE TRUST,
Appellant,
vs.
SPANISH TRAIL MASTER
ASSOCIATION,
Respondent.

No. 65085

**FILED**

AUG 21 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On August 6, 2014, the parties to this case filed a stipulation to dismiss this case, with each party to bear its own fees and costs. The stipulation is approved and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Tracie K. Lindeman

cc: Hon. Rob Bare, District Judge
Joanna L. Pfeister
Leach Johnson Song & Gruchow
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-27603